ROBAINA & KRESIN PLLC
One E. Camelback Road, Suite 710
Phoenix, Arizona 85012
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
dck@robainalaw.com
David C. Kresin (019858)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald W. Dowdy, an individual, ) | |
| ) | |
| Plaintiff, ) | No. 2:12-CV-00841-PHX-FJM |
| vs. ) | |
| ) | **NOTICE OF VOLUNTARY** |
| TriVis, Inc., a corporation, ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gerald W. Dowdy, by and through counsel undersigned, hereby voluntarily dismisses this action with prejudice.

DATED this 7th day of June, 2012.

ROBAINA & KRESIN PLLC


By  /s/ David C. Kresin
    David C. Kresin
    Attorneys for Plaintiff